# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD FOY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ENCOMPASS HOME AND AUTO INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 3:22-CV-00351<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 24th day of January, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that:

1. Encompass's objections are **DENIED** as they relate to Documents Nos. 000565; 000566; 004515, 004544; 004545; 004546; 004548; 004549; 004550; 004558; 004798; 004816; 004817; 004907; 004942; 004944; 004945; 004950; 004951; 004952; 004953; 004954; 004955; 004956; 004957; 005760; 005761, and the relevant sections relating to expert invoices in documents 100005; 100006; 100007; 100008; 100009; 100013; 100015; and 100016. Encompass shall produce these documents in accordance with the specifications provided within the accompanying Memorandum.

2. For all additional documents that Encompass submits are not discoverable pursuant to the attorney-client privilege and attorney work product doctrine, Encompass's objections are **SUSTAINED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　**Chief United States Magistrate Judge**